# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **DAN RIVER, INC.,** *et al.* ) | **Case Nos. 04-__ through 04-__** |
| ) | |
| ) | **Jointly Administered** |
| ) | |
| **Debtors.** ) | |
| ) | **Judge Drake** |

## DEBTORS' 30 LARGEST UNSECURED CREDITORS
## ON A CONSOLIDATED BASIS

Following is the list of the debtors' creditors holding the 30 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| HSBC Bank USA, Trustee for Senior Notes<br>452 Fifth Avenue<br>New York NY 10018-2706 | Frank Godino<br>212.525.1316<br>212.525.1300(fax)<br>frank.godino@us.hsbc.com | Senior Notes | | $167,339,000 |
| SunTrust Bank, Trustee<br>919 E. Main Street<br>Richmond, VA 23219 | Nancy Harrison<br>804.782.5726 | 7-1/2% Pollution Control Bonds | | $3,257,750 |
| Richard L. Williams<br>59 Warren Place<br>Montclair, NJ 07042 | Richard L. Williams<br>973.783.6275 | Nonqualified Plan benefits | | 986,000 |
| Kmart Corp.<br>1300 West Big Beaver<br>Troy, MI 48084 | James Donlon<br>248.463.2414<br>jdonlon@kmart.com | Customer loads and allowances | | $739,000 |
| American Electric Power<br>P.O. Box 24404<br>Canton, OH 44701-4404 | Brian Brannock<br>276.627.1248 | Accrued utilities | | $702,328 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| Scana Energy Marketing, Inc. 1426 Main St. Palmetto Center MC 072 Columbia, SC 29201 | Wayne Mills 803.217.7585 wmills@scana.com | Accrued utilities | | $611,870 |
| P. Kaufman, Inc. P.O. Box 19173-A Newark, NJ 07195-0173 | Peter Higgins 212.292.3364 PHiggins@PKaufmann.com | Unpaid invoices | | $603,129 |
| Teijin Akra, S.A. de C.V. 1100 Matamoros St. Laredo, TX 78040 | Grover Smith 704.554.6588 gsmith@akra.com | Unpaid invoices | | $579,543 |
| EuroVista 40 Wall Street, 23rd Floor New York, NY 10005-1339 | Mr. Lath 011.9122.2283.4617 swatil@bom5.vsnl.net.in | Unpaid invoices | | $563,911 |
| Nanya Plastic Corp. America P. O. Box 1067 Charlotte, NC 28201 | John Freeman 843.389-6893 johnf@nalc.npcam.com | Unpaid invoices | | $533,479 |
| Spider-Man Merchandising L.P. 10202 W. Washington Blvd. Culver City, CA 90232 | Mitchell McDiffett 310.244.7365 mitch_mcdiffet@spe.sony.com | Accrued royalties | | $481,008 |
| Robert S. Small 14 Mt. Vere Ct Greenville SC 29607 | Robert S. Small 864.288.5560 | Nonqualified Plan benefits | | 450,000 |
| Elliot H. Baum 2905 Round Hill Rd Greensboro, NC 27408 | Elliot H. Baum 336.856.9936 | Nonqualified Plan benefits | | 438,000 |
| Wellman Inc. 5146 Parkway Plaza Blvd. Charlotte, NC 28217 | W.E. Wolcenhauer 704.357.2040 werner.wolckenhauer@wellmaninc.com | Unpaid invoices | | $429,993 |
| Grover S. Elliot P.O. Box 26376 Greenville SC 29616 | Grover S. Elliot 864.322.8100 | Nonqualified Plan benefits | | 392,000 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| Lester A. Hudson, Jr.<br>517 McDaniel Ave<br>Greenville SC  29605 | Lester A. Hudson, Jr.<br>864.233.0541 | Nonqualified Plan benefits | | 388,000 |
| Honeywell/Allied Signal Inc.<br>P.O. Box 33051<br>Newark, NJ  07188-0051 | William Doughty, CBF<br>480.592.5954<br>willaim.doughty@honeywell.com | Unpaid invoices | | $371,678 |
| Cht. R. Beitlich Corp.<br>P.O. Box 60768<br>Charlotte, NC  28260 | Jim Ogle<br>704.523.4249<br>jim.ogle@chtusa.com | Unpaid invoices | | $357,563 |
| Inland Paperboard & Pkg. Inc.<br>102368 Annex 68<br>Atlanta, GA  30368 | Tommy Hancock<br>803.985.4253<br>thancoc@iccnet.com | Unpaid invoices | | $323,434 |
| William J. Mika<br>321 Connestee Trail<br>Brevard NC  28712 | William J. Mika<br>828.884.7790 | Nonqualified Plan benefits | | 322,000 |
| Sears Canada (Retail)<br>222 Jarvis Street<br>Toronto ONT  M5B 2B8 | Frances Magliocchi<br>416.941.3353<br>fmaglio@sears.ca | Customer loads and allowances | | $320,398 |
| Alpha Decade First<br>60B Commerce Place<br>Hicksville, NY  11801 | Jonathan Lee<br>516.681.5290<br>adf740040@aol.com | Unpaid invoices | | $310,184 |
| City of Danville Div. Cent. Coll.<br>PO Box 3308<br>Danville, VA  24543-3308 | Paul Kalv<br>434.799.5159<br>kalvpd@ci.danville.va.us | Accrued utilities | | $300,517 |
| Sunstates Maintenance Corp.<br>PO Box 77138<br>Greensboro, NC  27417 | Donnie Williamson<br>434.792.5917<br>dwilliamson@sunstatesmaintenance.com | Unpaid invoices | | $260,909 |
| Noveon, Inc.<br>P.O. Box 73605-N<br>Cleveland, OH  44193-0941 | Howard Brink<br>864.592.3504<br>howard.brink@noveoninc.com | Unpaid invoices | | $221,774 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| NASCAR Licensing Group<br>1 First Union Center<br>Charlotte, NC 28202 | Mark Dyer<br>704.348.9626<br>mdyer@nascar.com | Accrued royalties | | $217,708 |
| Progressive Screen Engraving<br>P.O. Box 65680<br>Charlotte, NC 28265 | Mike Phillips<br>864.487.3871<br>nbeden@charter.net | Unpaid invoices | | $216,294 |
| Hearst Magazine Brand Development<br>1790 Broadway, 12th floor<br>New York, NY 10019 | Glen Ellen Brown<br>212.841.8420<br>gebrown@hearst.com | Accrued royalties | | $209,537 |
| Robert C. Crawford<br>1001 Botany Road<br>Greenville SC 29615 | Robert C. Crawford<br>864.244.7544 | Nonqualified Plan benefits | | 206,000 |
| Cargill Cotton<br>P.O. Box 751992<br>Charlotte, NC 28275-1992 | Mr. Gary Taylor - CEO<br>901.937.4500<br>g_w_taylor@cargill.com | Unpaid invoices | | $193,682 |