UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NUMBER 04-10990 |
| | : | |
| DAN RIVER, INC., et. al., | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | JUDGE DRAKE |

APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:  See EXHIBIT A, attached.

FELICIA S. TURNER
UNITED STATES TRUSTEE, REGION 21

 s/ Jeneane Treace
R. Jeneane Treace
Georgia Bar No. 7l6620

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, Georgia   30303
Tel:  (404) 331-4437
Fax:  (404) 331-4464
Email:  jeneane.treace@usdoj.gov

EXHIBIT A

L.C. Capital Master Fund, Ltd.
c/o Lampe, Conway & Company LLC
680 Fifth Avenue
Suite 1202
New York, NY  10019-5429
Phone:  (212) 581-0502   Fax: (212) 581-8999
E-Mail:  conway@lampeconway.com

Progressive Screen Engraving, Inc.
Attention:  Leslie P. Coyle, Secretary
2215 Beech Street
Gaffney, South Carolina  29340
Phone:  (864) 487-3871  Fax: (864) 489-6499
E-Mail:  leslie_coyle@yahoo.com

Wellman, Inc.
Attention:  Werner E. Wolckehhauer
5146 Parkway Plaza Blvd.
Charlotte, N.C.  28217
Phone:  (704) 357-2040  Fax: (704) 424-2040
E-Mail:  Werner.Wolckenhauer@WellmanInc.com

HSBC Bank, USA
Attention:  Sandra E. Horwitz, Vice President
10 East 40th Street
14th Floor
New York, NY  10016
Phone:  (212) 525-1358   Fax: (212) 525-1300
E-Mail:  sandra.e.horwitz@us.hsbc.com

Singer Children's Management Trust & Affiliates
Attention:  Gary Singer and/or Philip Mandelbaum
560 Sylvan Avenue
Englewood Cliggs, NJ  07632
Phone:  (201) 568-4400  Fax:  (201) 568-4577
E-Mail:  gary@purel.com

EXHIBIT A, CONT'D

Sandler Capital Management
Attention:  Douglas E. Schimmel
767 Fifth Avenue
New York, NY  10153
Phone: (212) 754-8115   Fax:  (212) 754-8166
E-Mail:  doug@sandlercap.com

Teijan Akra, USA
Attention:  Grover Smith, Vice President Sales & Marketing
5950 Fairview Road, Suite 416
Charlotte, NC  28210
Phone: (704) 554-6588   Fax: (888) 828-2572
E-Mail:  gsmith@akra.com

Page Two

## CERTIFICATE OF SERVICE

I certify that a true copy of the attached APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first class U.S. Mail upon the members of the committee and upon -

James A. Pardo, Jr.
King & Spalding
191 Peachtree Street
Suite 4900
Atlanta, Georgia 30303-1763

Done this the 12th day of April 2004.

                                                 s/ Jeneane Treace
                                                 R. Jeneane Treace
                                                 Trial Attorney
                                                 Georgia Bar No. 7l6620