IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2004 JUN 16 AM 9:54

W. YVONNE EVANS
CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DAN RIVER INC., *et al.*, ) | Case Nos. 04-10990 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Judge Drake |
| ) | |

### DECLARATION AND DISCLOSURE STATEMENT OF
### BRUCE S. NATHAN ON BEHALF OF LOWENSTEIN SANDLER PC

I, Bruce S. Nathan, hereby state and declare as follows:

1. I am a Director in the firm of Lowenstein Sandler PC ("LS"), a law firm that maintains an office at 1251 Avenue of the Americas, New York, New York 10022. I am duly authorized to make this Declaration on behalf of LS, and I make this Declaration pursuant to the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business entered in these cases. The facts set forth in this Declaration are personally known to me, and, if called as a witness, I could and would testify thereto.

2. LS has been engaged by Dan River Inc. and its debtor affiliates (collectively, the "Debtors") to provide the following services: creditors' rights and bankruptcy matters not otherwise handled by Debtor's bankruptcy counsel.

3. To the best of my knowledge, information, and belief formed after reasonable inquiry, (a) neither I nor LS holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which LS is to be employed; and (b) neither I, nor any other partner of or professional employed by with LS is a relative of the bankruptcy judge presiding in these cases or of the United States Trustee for this region.

D1826/1
06/15/2004 1566312.01

4. Neither I nor any partner in or professional employed by LS has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the partners and regular employees of LS.

5. The Debtors owe LS $3,118.50 for services rendered prior to the Petition Date.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on June 15, 2004, at New York, New York.

Bruce S. Nathan